UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,        Case No. 15-20382
                Plaintiff,
v                                   Hon. Victoria A. Roberts

**PAUL NICOLETTI**,
                Defendant.
_____

# EXHIBIT LIST

1. SIGTARP press release December 6, 2013

2. SEC Order 33-9490, December 4, 2013

3. United States Attorney SD NY Press Release, October 6, 2015

4. *United States ex rei. George Mann, et al, v. Fifth Third Bancorp* Settlement Agreement, Exhibit 4

5. Wall Street Journal article re: Fifth Third settlement with Freddie Mac, November 25, 2013