# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,　　　　　　　Case No. 15-20382
　　　　　　Plaintiff,

v　　　　　　　　　　　　　　　　　　　　　Hon. Victoria A. Roberts

**PAUL NICOLETTI**,
　　　　　　Defendant.
_____

## STIPULATION

It is hereby agreed between the parties that defense counsel be permitted to issue pretrial subpoenas duces tecum to Fifth Third Bancorp for the information described in Defendant's Motion for Leave to Issue Pretrial Subpoenas, R 44.

s/AUSA Craig Weier　　　　　　　　　　　　s/John Minock
Attorney for Plaintiff　　　　　　　　　　　Attorney for Defendant

## ORDER

The Court having reviewed the above stipulation,

**IT IS HEREBY ORDERED** that defense counsel be permitted to issue pretrial subpoenas duces tecum to Fifth Third Bancorp for the information described in Defendant's Motion for Leave to Issue Pretrial Subpoenas, R 44.

　　　　　　　　　　　　　　　　　　　　　S/Victoria A. Roberts
　　　　　　　　　　　　　　　　　　　　　Hon. Victoria J. Roberts
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 24, 2017